

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:     Francis A. Bottini, Jr.

FIRM:     JOHNSON BOTTINI, LLP

STREET ADDRESS: 501 W. Broadway, Suite 1720

CITY/STATE/ZIP:   San Diego, CA 92101

PHONE NUMBER:  (619) 230-0063

E-MAIL ADDRESS: frankb@johnsonbottini.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):

If you have previously filed an appearance with
this Court using a different name, enter that name:

### List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08cv6791 | Zable v. General Growth Properties, Inc. | Bucklo |
| | | |
| | | |
| | | |
| | | |
| | | |

*(signature)* — Attorney's Signature

12-4-2009 — Date